UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| VANESSA ADRIAN, | Case No. 3:16-cv-00425-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| COUNTY OF STOREY, *et al.*, | |
| Defendants. | |

Following summary judgment proceedings, the Court permitted Defendants County of Storey and Gerald Antinoro to file a supplemental motion for summary judgment to address Plaintiff's remaining claim for retaliation. (ECF Nos. 32, 34.) Defendants filed their supplemental motion for summary judgment on April 13, 2018. (ECF No. 35.) Plaintiff Vanessa Adrian filed a notice of non-opposition to Defendants' supplemental motion for summary judgment. (ECF No. 36.)

It is therefore ordered that Defendants' unopposed supplemental motion for summary judgment (ECF No. 35) is granted. The Court grants summary judgment in favor of Defendants on Plaintiff's remaining claim for retaliation. (*See* ECF No. 32.) The Clerk is directed to enter judgment in favor of Defendants and close this case.

DATED THIS 9th day of May 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE